UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATCHA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHIPPING & TRANSIT LLC,<br><br>　　　　　Defendant. | Case No. 16-cv-00539-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 32 |

　　　Pursuant to the Stipulation for Dismissal With Prejudice (Dkt. No. 32), **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case.

Dated: May 17, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　United States District Judge